[No. 42427-4-II.   Division Two.   June 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. OLUJIMI AWBAH BLAKENEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-03138-5, Brian M. Tollefson, J., entered August 3, 2011. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Penoyar, J.

[No. 42570-0-II.   Division Two.   June 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLAN ROBERT SIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00693-1, Anne Hirsch, J., entered September 9, 2011. *Dismissed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Bjorgen, J.

[No. 42851-2-II.   Division Two.   June 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD CHARLES HALSTEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00586-5, Nelson E. Hunt, J., entered November 30, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Bjorgen, JJ.

[No. 42904-7-II.   Division Two.   June 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICIO TERRENCE PAIGE-COLTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-03207-0, Stephanie A. Arend, J., entered December 9, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Van Deren, J. Pro Tem.